IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KAREN R. BELLER                                                                                       PLAINTIFF

v.                                              NO. 1:07CV00057 JLH

HEALTH RESOURCES OF ARKANSAS, INC.                                          DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed. Therefore, the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 4th day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE